RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona
JOSEPH F. BOZDECH
California State Bar Number 303453
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: joseph.bozdech@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Barrett Firearms Mfg. Co. M107A1 Rifle, Cal: 50 BMG, Serial Number: AE013533,<br><br>    Defendant *in Rem*. | Case No.<br><br>**VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** |

Plaintiff United States of America brings this complaint and alleges as follows in accordance with Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

**BASIS FOR FORFEITURE**

1. This is a civil action *in rem*, brought to enforce the provisions of 18 U.S.C. § 924(d) for the forfeiture of a firearm involved in a violation of 18 U.S.C. § 924(a)(1)(A).

**JURISDICTION AND VENUE**

2. This Court has subject matter jurisdiction because the United States commenced this action and because this is an action for forfeiture. 28 U.S.C. §§ 1345, 1355(a).

3.   The Court has *in rem* jurisdiction because acts or omissions giving rise to the forfeiture occurred in the District of Arizona, and because venue is proper in the District of Arizona pursuant to 28 U.S.C. § 1395. 28 U.S.C. § 1355(b).

4.   Venue is proper in this District because acts or omissions giving rise to forfeiture occurred in this District, and because the property is located in this District. 28 U.S.C. §§ 1355(b), 1395(a), (b).

## DEFENDANT IN REM

5.   The Defendant *in Rem* consists of a Barrett Firearms Mfg. Co. M107A1 Rifle, Cal: 50 BMG, Serial Number: AE013533 (the "defendant property").

6.   Agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") seized the defendant property on September 24, 2024. The defendant property is currently in the custody of ATF.

## BACKGROUND

7.   On September 19, 2024, ATF Special Agent Barrett Pluskat ("SA Pluskat") received information regarding the prepaid purchase of the defendant property.

8.   SA Pluskat learned from Federal Firearms Licensee ("FFL") Alpha Dog Firearms that Jesus Herrera Avila ("Avila") entered the firearms business on September 19, 2024 and attempted to purchase the defendant property.

9.   According to the receipt provided by the FFL, Avila paid a total of $14,980.00 in cash for the defendant property, and charged the remaining $18.88 on a Visa credit card ending in 1575.

10.   Alpha Dog Firearms management reported that they observed Avila to be nervous and visibly shaking while making the purchase of the rifle.

11.   The Barrett M107A1 is a military-style weapon, and amongst the most powerful weapons a civilian can legally buy in the United States. Measuring almost five feet long and weighing approximately 30 pounds, a Barrett M107A1 has a maximum range of 4,400 yards and can be fired by well-trained shooters up to 2,000 yards with relative accuracy.

2

12. First introduced in 2011 and known as a long-range sniper rifle, the Barrett M107A1 was developed with US Army feedback to be lighter, stronger and more accurate than its M107 predecessors, and has been utilized by numerous militaries in combat throughout the world, as well as law enforcement agencies, for over 13 years.

13. Alpha Dog Firearms delayed Avila from taking possession of the firearm and Avila left Alpha Dog Firearms on September 19, 2024 without the defendant property.

14. Prior to the transfer of a firearm from an FFL, a buyer must complete an ATF Form 4473 (Firearms Transaction Record). The FFL is required to keep a copy of the ATF Form 4473 in its records.

15. ATF Form 4473 requires the purchaser to provide information regarding his/her identity, and answer, among others, the following questions: (a) whether he/she is the actual transferee/buyer of the firearms (the form notifies the transferee/buyer that he/she is not the actual transferee/buyer if he/she is acquiring the firearm on behalf of another person); and (b) whether he/she has ever been convicted in any court of a felony or any other crime for which the judge could have imprisoned him/her for more than one year, even if he/she received a shorter sentence including probation.

16. ATF Form 4473 also requires the buyer to certify, among other things, (a) that his/her answers are true, correct and complete; (b) that he/she understands that making false statements on the form is a crime; and (c) that he/she understands that if he/she answers in the affirmative to certain questions, including the question about having been convicted of a felony stated in paragraph 14(a) above, that he/she is prohibited from receiving or possessing a firearm.

17. Avila completed his ATF Form 4473 on September 19, 2024 for his purchase of the defendant property from FFL Alpha Dog Firearms.

18. On the ATF Form 4473, Avila identified his current address and state of residence as 819 S. Valencia, Mesa, AZ, 85202.

19. Avila answered "yes" to question 21a on the form which states, "Are you the actual transferee/buyer of all the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer any of the firearm(s) to you."

20. Avila signed his name in Block 22 of the ATF Form 4473 certifying that the information provided in the document was true, complete, and accurate.

## INVESTIGATION OF AVILA

21. Avila reported no income in 2024 and reported wages of $20,999.92 in 2023.

22. On April 13, 2024, Avila was arrested for Dangerous Drug Possession/Use (felony) by Mesa Police Department (disposition: no complaint filed), and April 14, 2024, for Failure to Show Driver's License or Identification (misdemeanor), by Mesa Police Department (disposition: guilty).

23. On September 9, 2024, Avila purchased a Barrett 82A1 rifle from FFL Virtus Armament, 10 days prior to his purchase at Alpha Dog. That Barrett rifle was recovered in Mexico on November 17, 2024, with a time to crime of 69 days.

24. Avila is related to an additional firearm recovery on July 1, 2021 in which he is listed as the possessor of a Taurus pistol. The firearm was recovered in Mesa, Arizona, with a time to crime of 32 days.

25. On August 31, 2024, Avila purchased three Century Arms International VSKA 7.62 caliber rifles from Friendly Thrift & Pawn/Baseline Pawn.

26. Based upon training and experience, SA Pluskat knows these firearms are commonly trafficked to Mexico.

## SEIZURE OF THE DEFENDANT PROPERTY

27. On September 24, 2024, SA Pluskat seized the defendant property at FFL Alpha Dog Firearms located at 107 E. Baseline Rd, Tempe, AZ, 85283.

## ATTEMPTS TO CONTACT AVILA

28. On September 25, 2024, SA Pluskat and SA Sean Sander went to 819 S. Valencia, Mesa, AZ, 85202 to speak to Avila. This was the same address Avila used on

the ATF Form 4473 (Firearm Transaction Record) when he attempted to acquire the firearm.

29. SA Pluskat knocked on the door several times, but there was no answer.

30. On October 4, 2024, SA Pluskat and SA Mario Atencio went to the same address, 819 S. Valencia, Mesa, AZ, 85202 to again attempt to speak to Avila. As on the previous visit, nobody answered the knock on the door.

31. SA Pluskat also made attempts to contact Avila at the phone number he provided to Alpha Dog Firearms on September 24, 2024, September 25, 2024, and on September 30, 2024.

32. SA Pluskat was unable to leave a message as the voicemail box was disabled. Avila never returned any of SA Pluskat's phone calls.

33. SA Pluskat contacted Alpha Dog Firearms on September 26, 2024 and management stated that Avila never came by the store to pick up the firearm, and never contacted the store by telephone about the defendant property.

## ADMINISTRATIVE CLAIM BY AVILA

34. Based on the investigation, ATF initiated administrative forfeiture of the defendant property.

35. On November 27, 2024, ATF received an administrative claim from Avila.

36. Avila asserted that he was the owner of the defendant property and stated:

> "I purchased this asset to add to my collection, for
> personal legal use. This asset was purchased with hard
> earned money in good faith."

37. Avila also attached a copy of his receipt from Alpha Dog Firearms to his administrative claim.

38. Avila did not provide any information or documents to show the source of the $14,980 in cash used to purchase the defendant property.

**SUMMARY**

39.  The defendant property is a firearm involved in Avila's providing materially false information to a Federal Firearms Licensee in violation of 18 U.S.C. § 924(a)(1)(A).

40.  Avila attested that he was the actual buyer of the defendant property on his ATF Form 4473.

41.  It is more likely than not that Avila was not the actual buyer of the defendant property for the following reasons:

1. Avila paid $14,998 for the defendant property, or over half his yearly income in 2023, when he reported no wages in 2024;
2. Avila paid for the defendant property with cash;
3. Avila has a history of recent, repeated gun purchases in Arizona;
4. Firearms purchased by Avila were recovered in Mexico and the United States with short times to crimes; and
5. Avila avoided communications with ATF investigators and did not contact the FFL from which he purchased the defendant property.

**CLAIM FOR RELIEF**

42.  The United States realleges, readopts, and reincorporates all the allegations contained in paragraphs 1 through 41 as those fully set forth herein.

43.  The defendant *in rem* is subject to forfeiture pursuant to 18 U.S.C. § 924(d) as it is a firearm involved in a violation of providing materially false information to a Federal Firearms Licensee in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(1)(A).

WHEREFORE, the United States of America prays that process issue for an arrest warrant *in rem* of the defendant property; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property be forfeited to the United Sates of America for disposition according to law; and that the United States of America be granted such other

and further relief as this Court deems just and property, together with the costs and disbursements of this action.

DATED this 24th day of February 2025.

RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona

*/S/ Joseph F. Bozdech*
JOSEPH F. BOZDECH
Assistant United States Attorney