RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona
JOSEPH BOZDECH
California State Bar Number 303453
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: joseph.bozdech@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CV25-00638-PHX-MTM |
|---|---|
| Plaintiff, | **WARRANT FOR ARREST *IN REM*** |
| v. | |
| Barrett Firearms Mfg. Co. M107A1 Rifle, Cal: 50 BMG, Serial Number: AE013533, | |
| Defendant *In Rem*. | |

TO THE BUREAU OF ALCHOHOL, TOBACCO, FIREARMS AND EXPLOSIVES:

A Complaint having been filed in this action, you are hereby commanded to arrest defendant Barrett Firearms Mfg. Co. M107A1 Rifle, Cal: 50 BMG, Serial Number: AE013533, and detain said defendant in your custody until further Order of this Court.

You are ordered to file with the Court, promptly after execution, this Warrant with your return hereon.

DATED this 27th day of February 2025.

DEBRA D. LUCAS
United States District Court
District of Arizona

By: _____
Deputy Clerk